In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00127-CV
_____

JOSHUA RACHAL AND EMILY RACHAL INDIVIDUALLY AND A/N/F
SEBASTIAN RACHAL, Appellants

V.

EMMANUEL RACHAL, NANCY RACHAL, SHRIMP BOAT MANNY'S
INC., AND RACHAL PROPERTIES, Appellees

On Appeal from the 411th District Court
Polk County, Texas
Trial Cause No. CIV30343

MEMORANDUM OPINION

Appellants filed a motion to dismiss this appeal. This motion is voluntarily made by Appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on October 30, 2019
Opinion Delivered October 31, 2019

Before McKeithen, C.J., Kreger and Johnson, JJ.